UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CATHERINE LEAVY,<br><br>Defendant | Criminal No.  22cr10271<br><br>Violations:<br><br>Count One: False Bomb Threat<br>(18 U.S.C. § 844(e))<br><br>Count Two: Hoax<br>(18 U.S.C. § 1038(a)(1)) |

INDICTMENT

COUNT ONE
False Bomb Threat
(18 U.S.C. § 844(e))

The Grand Jury charges:

On or about August 30, 2022, in the District of Massachusetts, the defendant,

CATHERINE LEAVY,

through the use of the telephone, did maliciously convey false information knowing the same to be false, concerning an attempt being made and to be made to unlawfully damage and destroy a building, Boston Children's Hospital, by means of an explosive, in or affecting interstate or foreign commerce, in violation of Title 18, United States Code, Section 844(e).

COUNT TWO
Hoax
(18 U.S.C. § 1038(a)(1))

The Grand Jury further charges:

On or about August 30, 2022, in the District of Massachusetts, the defendant,

CATHERINE LEAVY

did knowingly engage in conduct with the intent to convey false and misleading information, under circumstances where such information may reasonably be believed, that indicated that an activity was taking and would take place that would constitute a violation of Title 18, United States Code, Chapter 40, to wit, malicious destruction of property by means of explosive in violation of section 844(i). Specifically, CATHERINE LEAVY called Boston Children's Hospital in Boston, Massachusetts and told an employee that there was a bomb on the way to the hospital.

All in violation of Title 18, United States Code, Section 1038(a)(1).

A TRUE BILL

_[signature]_
FOREPERSON

_[signature]_
JARED C. DOLAN
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: October 6, 2022
Returned into the District Court by the Grand Jurors and filed.

/s/ Dawn M. King 3:33pm
DEPUTY CLERK