*C4RJ, PO Box 961074, Boston, MA 02196 www.c4rj.org 617-294-6677*

**To:**  Attorney Forest O'Neill-Greenberg
**CC:**  Sarah Coughlin
**From:**  Communities for Restorative Justice (C4RJ)
**Date:**  Thursday, April 18, 2024
**Re:**  Catherine Leavy circle completion

|  |  |
|---|---|
|  | Offense: False Bomb Threat, Hoax |
| **Offender** | Catherine Leavy, |
| **Affected Parties** | Boston Children's Hospital Represented by BCH Employees |
| **Opening circle (restorative agreement signed)** | 03/08/2024 |
| **Closing circle** | 04/12/2024 |
| **Participating officer(s)** | N/A |
| **C4RJ Case Coordinator(s)** | Joan Shulman, Lan Katz |
| **C4RJ Case Facilitators** | Judith MacMunn, Linda Baker |
| **Other participants** | [Other participants and their relationship] |

Catherine Leavy has completed the obligations contained in the restorative agreement. These included:

- Meetings with facilitators, during which Catherine worked on reflective exercises
- Create an art piece for Boston Children's Hospital
- 8 hours of community service
- Letter of Apology to Boston Children's Hospital

Thank you for the opportunity to work with this individual.

Respectfully,

*Yael Yaaloz*

Yael Yaaloz
Program Director
yyaaloz@c4rj.org